UNITED STATES DISTRICT COURT
for the
District of New Mexico

OCT 1 4 2016

MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16mj 3783 |
| Carlito Quintana, YOB 1996, SSAN 6132; | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/13/2016__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2113 | Bank Robbery |
| 18:2 | Aiding and Abetting |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Peter Jon Nystom Ubbelohde
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/14/2016

_____
Judge's signature

City and state: Albuquerque, New Mexico

Steven C. Yarbrough, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF PETER JON N. UBBELOHDE

Your Affiant, Peter Jon Nystrom Ubbelohde, having been first duly sworn, does hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been so employed since June 2015. I am therefore authorized to investigate federal criminal offenses. I am currently a member of the Violent Crimes Squad of the Albuquerque Division of the FBI and as such have participated in investigations of suspected violations of federal bank robbery laws, including Title 18, United States Code (USC), Section (§) 2113 and Section (§) 2. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or from reliable sources.

2. This affidavit will show there is probable cause in support of a criminal Carlito Quintana (year of birth 1996, SSN xxx-xx-6132 for a violation of 18 USC § 2113, that being bank robbery and 18 USC § 2, that being aiding and abetting.

3. The statements contained in this affidavit are based upon your Affiant's investigation, training and experience and information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your Affiant has not included each and every fact known to your Affiant concerning this investigation. Your Affiant has set forth only the facts which your Affiant believes are necessary to establish probable cause to support a criminal complaint and arrest warrant against Carlito Quintana, in violation of 18 USC § 2113 and 18 USC § 2.

4. This investigation concerns an alleged violation of 18 USC § 2113 and 18 USC § 2.

5. 18 USC § 2113 prohibits taking, by force and violence or by intimidation, money in the possession of a bank or credit union.

6. 18 USC § 2 prohibits aiding, abetting, counseling, commanding, inducing or procuring the commission of an offense against the United States.

7. On September 9, 2016, at approximately 4:55 p.m., an unknown male subject entered the branch of Bank of Albuquerque located at 4201 Wyoming Boulevard (Blvd) NE, Albuquerque, NM. The subject wore a dark colored baseball cap, a dark colored shirt and dark colored pants. The subject approached the teller counter and displayed a note with robbery demands. The victim tellers complied with the subject's robbery demands, taking US currency from the computerized teller machine and placing it on the counter. The subject collected the currency from the counter and exited the branch, carrying the currency in his hands. The subject fled on foot. An anonymous tipster subsequently contacted Crime Stoppers and stated that Carlito Quintana-Galvan had robbed the Bank of Albuquerque on September 9, 2016. This bank robbery will hereinafter be referred to as Robbery 1.

8. On September 27, 2016, at approximately 4:20 p.m., a male subject entered the branch of Bank of the West located at 2101 Eubank Blvd NE, Albuquerque, NM. The subject wore a hooded jacket, a fedora or similar style hat, light colored plastic frame sunglasses, and dark-colored pants. Witnesses described the subject as 6' tall and of slender build. The subject approached the teller counter and displayed a note with robbery demands. The victim teller complied with the subject's robbery demands, handing over US currency to him. The subject collected the currency, carrying it in a plastic shopping bag, and exited the branch. This bank robbery will be referred to hereinafter as Robbery 2

9. On October 11, 2016, at approximately 4:30 p.m. an investigator employed by Bank of the West advised the FBI that two males entered the Bank of the West located at 2101 Eubank Blvd NE, Albuquerque NM. One subject wore a light colored hooded jacket, a fedora or similar style hat, dark framed plastic sunglasses and dark pants. The other subject wore a red colored hooded sweatshirt with the hood on his head, sunglasses, dark colored pants and a backpack. The two men left the bank after standing near the doorway for a few moments. Employees recognized the subject wearing the hat as the same subject from Robbery 2.

10. On October 11, 2016, at approximately 6:30 p.m. two males entered the Smiths grocery store located at 8301 Golf Course Road NW, Albuquerque, NM. One subject wore a light colored hooded jacket, a fedora or similar style hat, dark framed plastic sunglasses and dark pants. The other subject wore a red colored hooded sweatshirt with the hood on his head, sunglasses, dark colored pants and a backpack. The subject wearing the red colored hooded sweatshirt approached a teller at the Wells Fargo Bank branch located inside the grocery store and displayed a note with robbery demands. The victim teller complied with the subject's robbery demands, handing over US currency to him. The subject collected the currency, carrying it in a plastic shopping bag, and exited the store. The subject wearing the hat exited the store moments later. This bank robbery will be referred to hereinafter as Robbery 3

11. On October 13, 2016, at approximately 2:35 p.m., a male subject entered the branch of Navy Federal Credit Union located at 2600 San Pedro Drive NE, Albuquerque, NM. The subject was described as a male approximately 6' tall and of slender build. Based on witnesses' descriptions and surveillance camera images, the subject wore a dark-colored collared shirt, dark-colored pants; a fedora or similar style hat; and a light-colored plastic

frame sunglasses. The subject carried a grayish colored plastic shopping bag. The subject approached the teller counter and displayed a note with robbery demands. The victim teller complied with the subject's robbery demands, handing over US currency to him including a tracking device. The subject collected the currency, carrying it in a plastic shopping bag, and exited the branch. This bank robbery will be referred to hereinafter as Robbery 4.

12. The Albuquerque Police Department (APD) dispatched officers to respond to the location of the tracking device and monitored its movement. APD tracked the device to vehicle that stopped the Kohl's Department Store near Louisiana Blvd and Paseo Del Norte Blvd NE, Albuquerque, NM. The tracker signal indicated a westbound movement at the same time as the vehicle occupants walked from the car and entered the store. The subject later identified as Mathew Haygood left the store alone and walked to the car. When the subject later identified at Carlito Quintana left the store and walked towards the vehicle the tracker displayed an eastbound movement across the parking lot. APD officers observed the two subjects get into the car. At that point Detectives of the Albuquerque Police Department detained the subjects.

13. On October 13, 2016 Mathew Haygood, after being advised of his rights, freely and voluntarily told agents he unknowingly participated in Robbery 4. Quintana called him earlier that afternoon and asked him for a ride from the Staples located near San Pedro Dr NE and Menaul Blvd, Albuquerque, NM. When he met Quintana as discussed, Quintana gave him $200 US currency out of a plastic bag for the ride. Haygood noticed the bag was full of US currency. Quintana told Haygood that he had robbed a bank and robbed three previous banks. Quintana told him he learned how to do it from research online. Haygood drove to a gas station near Candeleria Rd NE and Wyoming Blvd NE where they fueled the car. Then, they drove to the alley behind the businesses located on the northeast

corner of the same intersection and Quintana disposed of a bag containing his bank robbery disguises, including a hat Haygood described as a fedora. Afterwards, they drove north on Wyoming Blvd NE to the Kohl's parking lot and went into the store together. Haygood left the store ahead of Quintana. Quintana returned to the car a short while later.

14. On October 13, 2016 Carlito Quintana, after being advised of his rights, freely and voluntarily told agents he participated in bank robberies 1, 2 and 4 and being in the branch of the Bank of the West located 2101 Eubank Blvd NE on October 11, 2016 wearing a fedora style hat with plastic framed sunglasses and being in the Smiths grocery store at the same time it was robbed wearing the same hat and sunglasses. Quintana stated he burned the note he used in Robbery 4 and threw it in a dumpster along with the disguise used in Robbery 4.

15. On July 13, 2016 Special Agents of the FBI recovered evidence from Robbery 4 from a dumpster located in an alley behind the business located on Candeleria Rd NE and Wyoming Blvd NE. The evidence include a dark colored collared shirt, dark colored pants, a fedora or similar style hat, light colored plastic framed sunglasses, and a partially burned note.

16. Bank of Albuquerque's, Bank of the West's, Wells Fargo's and Navy Federal Credit Union's deposits are insured by the Federal Deposit Insurance Corporation and they are therefore a bank as defined under 18 USC § 2113. Bank of Albuquerque, Bank of the West, Wells Fargo and Navy Federal Credit Union suffered a financial loss in the robberies.

17. The aforementioned branches of Banks are located in Bernalillo County, NM.

18. Based on the aforementioned facts, there is probable cause to believe that Carlito Quintana robbed the aforementioned branch of Bank of Albuquerque, Bank of the West, Wells Fargo and Navy Federal Credit Union, in violation of 18 USC § 2113 and 18 USC § 2.

I swear that this information is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

Peter Jon Nystrom Ubbelohde
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn to 14th day of October
before me, this 15th day of July, 2016

STEVEN C. YARBROUGH
United States Magistrate Judge
Albuquerque, New Mexico